**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **OPPENHEIMER & CO. INC.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE No. 3:15-cv-00432** |
| : | |
| **DEBORAH A. GOODERMUTH and** : | |
| **AMERIPRISE FINANCIAL SERVICES, INC.,** : | |
| : | |
| **Defendants.** : | |

**JOINT STATUS REPORT**

COME NOW the parties, by counsel, and report as follows:

On August 31, 2015, the Court entered an Order (ECF No. 27) staying the above captioned matter while the parties proceeded to a Financial Industry National Regulatory Authority ("FINRA") arbitration on the merits of Plaintiff's claims. The Court also directed the parties to file a status report every ninety (90) days. Pursuant to the Court's directive, the parties jointly report that they have completed the initial FINRA arbitration pleadings stage, are in the process of exchanging paper discovery, and have an Initial Prehearing Conference with the arbitration panel scheduled for December 21, 2015, where the remaining arbitration deadlines, including hearing dates, will be addressed.

In light of the foregoing, the parties jointly request that this matter remain stayed pending the outcome of the pending FINRA arbitration. To that end, and pursuant to the Court's August

31, 2015 Order, the parties will continue to provide 90-day status reports to keep the Court apprised of the arbitration process.

Dated: November 30, 2015.

Respectfully submitted,

/s/ James C. Cosby
James C. Cosby, Esquire (VSB No. 25992)
VANDEVENTER BLACK LLP
707 East Main Street, Suite 1700
Richmond, VA 23219
jcosby@vanblk.com
Tel: (804) 237-8800
Fax: (804) 237-8801

*Counsel for Plaintiff*
*Oppenheimer & Co. Inc.*

/s/ Andrew Biondi
Andrew Biondi, Esquire (VSB No. 48100)
SANDS ANDERSON, PC
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
abiondi@sandsanderson.com
Tel: (804) 648-1636
Fax: (804) 783-7291

*Counsel for Defendant*
*Deborah A. Goodermuth*

/s/ Kevin D. Holden
Kevin D. Holden, Esquire (VSB No. 30840)
JACKSON LEWIS PC
Two James Center
1021 East Cary Street, Suite 1200
Richmond, VA 23219
kevin.holden@jacksonlewis.com
(804) 212-2888
(804) 649-0403 (fax)

Brian J. Christensen, Esquire
(Admitted *Pro Hac Vice*)
JACKSON LEWIS PC
7101 College Boulevard
Suite 1150
Overland Park, KS 66210
brian.christensen@jacksonlewis.com

*Counsel for Defendant*
*Ameriprise Financial Services, Inc.*

2